THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 10, 2008



Honorable Susan V. Kelley
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

Chapter 13

Towanda K. Perkins,

Case No. 07-27467-PP

Debtor.

**ORDER REGARDING STIPULATION BY AND BETWEEN DEBTOR AND  U.S. BANK, N.A. RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Pursuant to the stipulation by and between the debtor and U.S. Bank, N.A., its successors

and/or assignees (hereinafter "the movant") and upon all the files, records and proceedings herein,

**Drafted by:**

Mark A. Clauss
Gray & Associates, L.L.P.
600 North Broadway
Suite 300
Milwaukee, WI 53202
Phone: (414) 224-8404
Fax:    (414) 224-1279
Email: mclauss @gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt on its client's behalf and any information it obtains will be used for that purpose.

IT IS HEREBY ORDERED that the movant may file a supplemental claim for the post-petition arrearage which exists through the end of August 2008 in the amount of $3,567.42, which is itemized as follows:

| | | | | |
|---|---|---|---|---|
| 5/08-5/08 payment(s) | 1 | @ | 752.99 | $752.99 |
| 5/08-8/08 late fee(s) | 4 | @ | 24.02 | 96.08 |
| 6/08-8/08 payment(s) | 3 | @ | 693.78 | 2,081.34 |
| Attorney fees/costs | | | | 700.00 |
| Property preservation | | | | 160.00 |
| Suspense | | | | (222.99) |
| TOTAL ARREARAGE | | | | $3,567.42 |

IT IS FURTHER ORDERED that the debtor shall voluntarily increase the payments to the trustee as necessary to pay the supplemental claim and ensure that the plan is adequately funded and remains feasible.

IT IS FURTHER ORDERED that commencing in September 2008 and continuing through and including February 2009, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the sixteenth (16th) day of each month in which each such payment is due. In the event any payment is not received by the movant in a timely manner, counsel for the movant may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

IT IS FURTHER ORDERED that commencing in March 2009, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the sixteenth (16th) day of each month in which each such payment is due. In the event any payment is not received by the movant in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $693.78 and payments shall be made to the movant at U.S. Bank, Attn: Bankruptcy Department, 4801 Frederica Street, Owensboro, KY 42301.

###